**FILED**
May 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EMET LLC; INTEGER PROPERTY MANAGEMENT LLC; MARTIN PHIPPS PLLC; HOLY SPIRITS LLC; and PHIPPS ORTIZ TALAFUSE PLLC, | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Civil Action No. SA:24-CV-00170-OLG |
| CDC ENTERPRISES LP; CONNEL CAPITAL MANAGEMENT LLC; CONNEL FAMILY HOLDINGS LP; COMMUNICATE NOW! LP; FIRST NATIONAL BANK AND TRUST CO.; and FIRST INDEPENDENT BANCORP, INC., | § § § § § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT AND TO SYNC PARTIES' DEADLINES UNDER THE COURT'S RULE 12(b)(6) CONFERENCE PROCEDURES**

The Court has considered Defendants' Opposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint and to Sync Parties' Deadlines under the Court's Rule 12(b)(6) Conference Procedures (the "Motion"), filed April 29, 2024, regarding the streamlining of the case under Rule 15(a)(3) of the Federal Rules of Civil Procedure and the Court's pre-filing procedure for Rule 12(b)(6) motions.[1]

Upon review, the Motion is **GRANTED**. Accordingly, the Court **GRANTS** the following relief to govern this case going forward:

---

[1] *See* Question 36, Court Fact Sheet for U.S. District Judge Orlando L. Garcia, *available at:* https://www.txwd.uscourts.gov/wp-content/uploads/2023/01/Court-Facts-for-US-District-Judge-OLGarcia-Sept-2023.pdf.

(1) The Bank and Connel Defendants' current deadline of April 29, 2024 to answer or to file their Rule 12(b) motions against Plaintiffs' First Amended Complaint is extended to May 20, 2024;

(2) The Bank and Connel Defendants will serve their respective deficiency notices under the Local Procedure on May 3, 2024 to Plaintiffs' Second Amended Complaint, anticipated to be filed on May 2, 2024;

(3) The Bank and Connel Defendants' deadline to file their answers and Rule 12(b) motions on Plaintiffs' subsequently amended complaints will be 16 days from any newly amended complaint to supersede Rule 15(a)(3)'s 14-day deadline.

It is so **ORDERED** this _13th_ day of May, 2024.

_____
ORLANDO L. GARCIA
United States District Judge