

Amanda N. Crouch
(210) 978-7784 (Direct Dial)
(210) 242-4684 (Direct Fax)
acrouch@jw.com

June 10, 2024

**Via E-Filing**

Honorable Orlando L. Garcia
U.S. District Judge
262 West Nueva Street
San Antonio, Texas 78207

    Re:    *Emet LLC, et al vs. CDC Enterprises, LP, et al* (No. 5:24-00170-OLG)

Your Honor:

    Please take notice that the undersigned counsel represents Defendants CDC Enterprises LP, Connel Capital Management LLC, Connel Family Holdings LP, Communicate Now! LP, and Concur Properties LLC (the "Connel Defendants") in regard to the above-referenced matter. The Connel Defendants received notice today (June 10, 2024) that Plaintiffs filed a **Second** Motion for Temporary Restraining Order and Preliminary Injunction [Dkt. 30 and attachments Dkt. 31].

    The Connel Defendants would like to advise the Court that they plan to file a response to this motion and are in the process of preparing same in short order for the Court's review. Please advise if the Court plans to set this matter for hearing.

    Thank you.

                                                  Very truly yours,

                                                 Amanda N. Crouch

ANC:sdm